1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TERRENCE ROSARIO WILSON,

11          Petitioner,                          No. 2:12-cv-2062 KJN P

12      vs.

13   WARDEN BABCOCK,

14          Respondent.                          ORDER

15   _____/

16          On October 31, 2012, the court issued an order granting respondent's extension of

17   time, and deemed respondent's October 16, 2012 motion to dismiss timely filed.  Pursuant to

18   Local Rule 230(l), petitioner's opposition to the motion to dismiss was due within twenty-one

19   days.  Id.  Petitioner has not opposed the motion.

20          Local Rule 230(l) provides in part:  "Failure of the responding party to file written

21   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

22   the granting of the motion . . . ."  Id.  In addition, Local Rule 110 provides that failure to comply

23   with the Local Rules "may be grounds for imposition of any and all sanctions authorized by

24   statute or Rule or within the inherent power of the Court."  Id.

25   ////

26   ////

1

1  Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

2  **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute
   or to comply with these rules or a court order, a defendant may
3  move to dismiss the action or any claim against it.  Unless the
   dismissal order states otherwise, a dismissal under this subdivision
4  (b) and any dismissal not under this rule -- except one for lack of
   jurisdiction, improper venue, or failure to join a party under Rule
5  19 -- operates as an adjudication on the merits.

6  Id.

7  Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the

8  date of this order, petitioner shall file an opposition, if any, to the motion to dismiss.  Failure to

9  file an opposition will be deemed as consent to have the:  (a) pending motion granted; (b) action

10 dismissed for lack of prosecution; and (c) action dismissed based on petitioner's failure to

11 comply with these rules and a court order.  Such failure shall result in a recommendation that this

12 action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

13 DATED:  January 17, 2013

14

15                                        _____
                                          KENDALL J. NEWMAN
16                                        UNITED STATES MAGISTRATE JUDGE

17 wils2062.nooppo

18

19

20

21

22

23

24

25

26