1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TERRENCE ROSARIO WILSON,              No.  2:  12-cv-2062 KJN P

12                  Petitioner,

13        v.                               ORDER

14   WARDEN BABCOCK,

15                  Respondent.

16

17        Petitioner is a federal prisoner, proceeding without counsel, with a petition for writ of

18   habeas corpus pursuant to 28 U.S.C. § 2241.  Both parties consented to the jurisdiction of the

19   undersigned.  On April 15, 2013, the undersigned granted respondent's motion to dismiss and

20   judgment was entered.

21        On April 22, 2013, petitioner filed a motion for default.  (ECF No. 20.)  In this motion,

22   petitioner references his notice of default filed April 1, 2013.  (ECF No. 17.)  Although the

23   grounds of these pleading are not entirely clear, it appears that petitioner may be arguing that his

24   "unopposed" affidavit filed February 25, 2013, addressing respondent's motion to dismiss, is

25   grounds on which to grant his petition.

26        The undersigned construed plaintiff's February 25, 2013 affidavit as an opposition to

27   respondent's motion to dismiss.  An "unopposed" opposition to a motion to dismiss is not

28   grounds on which grant a habeas corpus petition.

                                        1

1    Accordingly, IT IS HEREBY ORDERED that petitioner's motion for default (ECF No.

2  20) is denied.

3  Dated:  October 22, 2013

4

5  wil2062.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28