UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE ROSARIO WILSON, | No. 2: 12-cv-2062 KJN P |
| Petitioner, | |
| v. | ORDER |
| WARDEN BABCOCK, | |
| Respondent. | |

Petitioner is a federal prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Both parties consented to the jurisdiction of the undersigned. On April 15, 2013, the undersigned granted respondent's motion to dismiss and judgment was entered.

On April 22, 2013, petitioner filed a motion for default. (ECF No. 20.) In this motion, petitioner references his notice of default filed April 1, 2013. (ECF No. 17.) Although the grounds of these pleading are not entirely clear, it appears that petitioner may be arguing that his "unopposed" affidavit filed February 25, 2013, addressing respondent's motion to dismiss, is grounds on which to grant his petition.

The undersigned construed plaintiff's February 25, 2013 affidavit as an opposition to respondent's motion to dismiss. An "unopposed" opposition to a motion to dismiss is not grounds on which to grant a habeas corpus petition.

1

1       Accordingly, IT IS HEREBY ORDERED that petitioner's motion for default (ECF No. 20) is denied.

Dated: October 22, 2013

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wil2062.ord